United States Bankruptcy Court
Southern District of Florida

In re:                                                                    Case No. 18-18875-LMI
Dorothy Malina                                                            Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-1      User: garcian      Page 1 of 1      Date Rcvd: Jul 24, 2018
                           Form ID: CGFI3      Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2018.
```
db             +Dorothy Malina,   2780 NE 183rd St,PH 7C,    North Miami Beach, FL 33160-2157
smg             Florida Department of Revenue,    POB 6668,   Bankruptcy Division,   Tallhassee, FL 32314-6668
94616431       +Commodore Plaza Condominium Association,    Registered Agent: Ryan D. Poliakoff, Esq,
                 Backer, Aboud, Poliakoff & Foelster, LLP,   400 S. Dixie Highway, Suite 420,
                 Boca Raton, FL 33432-6023
94616432       +Lend Up Credit Card,   237 Kearny St #197,   San Francisco, CA 94108-4502
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
94616430        Commodore Plaza Condominium Association,   2780 NE 183RD STREET,   NH 03316
```
                                                                                                               TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2018 at the address(es) listed below:
```
              Jacqueline C Ledon    on behalf of Debtor Dorothy  Malina jledon@legalservicesmiami.org,
               crodriguez@legalservicesmiami.org;pleadings@legalservicesmiami.org
              Nancy K. Neidich     e2c8f01@ch13miami.com,  ecf2@ch13miami.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
```
                                                                                                            TOTAL: 3

CGFI3 (6/30/17)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 18−18875−LMI**

**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Dorothy Malina
2780 NE 183rd St,PH 7C
North Miami Beach, FL 33160

SSN: xxx−xx−9597

## NOTICE OF FILING OF CHAPTER 13 CASE AND
## NOTICE TO DEBTOR OF DEADLINE(S) TO CORRECT FILING DEFICIENCIES

**TO ALL PARTIES OF RECORD:**

**NOTICE OF FILING OF CHAPTER 13 CASE:** The above−named debtor filed a chapter 13 bankruptcy case on **July 23, 2018.** This notice is being provided to advise all parties of record of the filing of this case. Upon the filing of a plan by the debtor, the clerk's office will serve a notice on all creditors advising of the date for the meeting of creditors, the date of the confirmation hearing and any case deadlines that have been established. If you received this notice you may be a creditor in this case. The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Consult a lawyer to determine your rights in this case. The staff of the bankruptcy clerk's office cannot give legal advice.

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

**TO THE DEBTOR, Dorothy Malina :**

**NOTICE OF DEADLINE(S) TO CORRECT FILING DEFICIENCIES: NOTICE IS HEREBY GIVEN TO THE DEBTOR(S)** that the above referenced case, which was filed on **July 23, 2018**, contains one or more filing deficiency(ies) which must be corrected. **Failure to correct a deficiency on or before the deadline posted below the listed deficiency may result in dismissal of this case without further notice.** Deficiencies in items listed below may include failure to file the document, failure to sign the document, or failure to file the document using the correct and/or current form that substantially conforms to an Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.flsb.uscourts.gov.

**DEFICIENCY(IES) in your case:** You must correct the following deficiency(ies) by the date indicated below each deficiency.

> **Chapter 13 Plan** (Local Form LF−31) was not filed with the petition.
> **Deadline to correct deficiency: 8/6/18**

**Please also be advised** of the following local requirement when correcting any deficiency related to filing of petitions, schedules, statements or lists:

The Local Form "Debtor's Notice of Compliance with Requirements for Amending Creditor Information" (LF−04) and the Official Bankruptcy Form "Declaration About an Individual Debtor's Schedules" must accompany the filing of any paper submitted subsequent to the filing of the initial service matrix. [See Bankruptcy Rules 1007 and 1009, and Local Rules 1007−2(B) and 1009−1(D)]. If the paper you are filing to correct the deficiency requires you to amend your service matrix, please review the "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" for additional format, fee and other requirements.

**Dated:** **7/24/18**                                               **Clerk of Court**
                                                                    By: *Nelly Garcia* , Deputy Clerk

The clerk shall serve a copy of this notice on all parties of record.